**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

**IN RE:**                                                                                                       CASE NO.: 24-22235
                                                                                                                         CHAPTER 13

**James J. Pavcic,**
   Debtor.

**Sandra J. Pavcic,**
   Joint Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

     **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of AMERIHOME MORTGAGE COMPANY, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Robert Shearer, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                          Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                          Attorney for Secured Creditor
                          130 Clinton Rd #202
                          Fairfield, NJ 07004
                          Telephone: 470-321-7112
                          Facsimile: 404-393-1425

                          By: _/s/Robert Shearer_
                             Robert Shearer, Esquire
                             Pennsylvania Bar No. 83745
                             Email: rshearer@raslg.com

## **CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on October 2, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

JAMES J. PAVCIC
812 HILLCREST DRIVE
CANONSBURG, PA 15317

SANDRA J. PAVCIC
812 HILLCREST DRIVE
CANONSBURG, PA 15317

And via electronic mail to:

KENNETH STEIDL
STEIDL & STEINBERG
SUITE 2830 GULF TOWER
707 GRANT STREET
PITTSBURGH, PA 15219

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE
SUITE 1316
PITTSBURGH, PA 15222

                                                By: /s/Journie Morosky