Certificate Number: 17082-PAW-DE-039158825

Bankruptcy Case Number: 24-22235



17082-PAW-DE-039158825

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 15, 2024</u>, at <u>3:31</u> o'clock <u>PM MST</u>, <u>SANDRA J PAVCIC</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:    <u>December 15, 2024</u>                By:    <u>/s/Orsolya K Lazar</u>

                                                                Name:    <u>Orsolya K Lazar</u>

                                                                Title:    <u>Executive Director</u>