Case 24-22235-CMB   Doc 33   Filed 03/24/25   Entered 03/26/25 12:18:04   Desc Main
Document      Page 1 of 1

FILED
3/24/25 10:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

WITHDRAWAL OF APPEARANCES BY
BRENT LEMON, ESQUIRE, IN VARIOUS OPEN
CASES AND ENTRY OF APPEARANCE OF
DENISE CARLON, ESQUIRE, IN VARIOUS
OPEN CASES

Miscellaneous No. 25-202-GLT

Related to Docket No. 2

## ORDER OF COURT

AND NOW, this _24th Day of March_, 2025, upon consideration of the

Omnibus Joint Motion to Withdraw the Appearance of Brent Lemon, Esquire, and Enter the

Appearance of Denise Carlon, Esquire, it is hereby

ORDERED that the Motion is granted, and Brent Lemon, Esquire, is granted leave to

withdraw his appearance as counsel of record in in the list of cases attached to the Motion as

Exhibit "A", and it is further

ORDERED that the appearance of Denise Carlon, Esquire, is entered as counsel of record

for the parties formerly represented by Attorney Lemon in the list of cases attached to the Motion

as Exhibit "A".

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court