2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 24-22235-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| James J. Pavcic<br>812 Hillcrest Drive<br>Canonsburg PA 15317 | Sandra J. Pavcic<br>812 Hillcrest Drive<br>Canonsburg PA 15317 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/15/2025.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 11: Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 | SERVICEMAC, LLC as Servicer<br>PO BOX 100077<br>Duluth, GA 30096 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/18/25

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-22235-CMB |
| James J. Pavcic | Chapter 13 |
| Sandra J. Pavcic | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 16, 2025 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16453270 | Email/Text: BKelectronicnotices@cenlar.com | Jul 17 2025 00:19:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2025 at the address(es) listed below:

**Name**  **Email Address**

Denise Carlon
    on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC dcarlon@kmllawgroup.com

Kenneth Steidl
    on behalf of Debtor James J. Pavcic julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl
    on behalf of Joint Debtor Sandra J. Pavcic julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard Monti
    on behalf of Creditor Canonsburg-Houston Joint Sewer Authority rmonti@grblaw.com

District/off: 0315-2      User: auto      Page 2 of 2
Date Rcvd: Jul 16, 2025      Form ID: trc      Total Noticed: 1

Richard Monti
    on behalf of Creditor Borough of Canonsburg rmonti@grblaw.com

Robert Shearer
    on behalf of Creditor AmeriHome Mortgage Company  LLC rshearer@raslg.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8