# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JAMES J. PAVCIC                                                   Case No. 24-22235JAD
SANDRA J. PAVCIC

              Debtor(s)
RONDA J. WINNECOUR,                                       Chapter 13
Standing Chapter 13 Trustee,

              Movant                                    Document No __
     vs.
AMERIHOME MORTGAGE COMPANY LLC

             Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to NATIONSTAR MORTGAGE/MR COOPER. No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

CREDITOR'S COUNSEL HAS NOT RESPONDED TO THE TRUSTEE'S REQUEST FOR INFORMATION. TRUSTEE'S MAIL TO HOMEPOINT FINANCIAL HAS BEEN RETURNED AS UNDELIVERABLE. TRUSTEE BELIEVES HOMEPOINT IS NO LONGER OPERATIONAL.

AMERIHOME MORTGAGE COMPANY LLC    Court claim# 23/Trustee CID# 1
C/O HOMEPOINT FINANCIAL CORPORATION
9726 OLD BAILES RD
FT MILL, SC 29707

The Movant further certifies that on 10/13/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

---

DEBTOR(S):
JAMES J. PAVCIC, SANDRA J. PAVCIC, 812 HILLCREST DRIVE, CANONSBURG, PA 15317

:
NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**, ATTN BANKRUPTCY NOTICING, PO BOX 619096, DALLAS, TX 75261-9741

ORIGINAL CREDITOR:
AMERIHOME MORTGAGE COMPANY LLC C/O HOMEPOINT FINANCIAL CORPORATION, 9726 OLD BAILES RD, FT MILL, SC  29707

NEW CREDITOR:
NATIONSTAR MORTGAGE/MR COOPER

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL & STEINBERG PC, 436 SEVENTH AVE STE 322, KOPPERS BUILDING, PITTSBURGH, PA  15219

ORIGINAL CREDITOR'S COUNSEL:
ROBERTSON ANSCHUTZ SCHNEID CRANE & PARTNERS PLLC, 13010 MORRIS RD SUITE 450, ALPHARETTA, GA  30004