**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/12/2025

IN RE:

JAMES J. PAVCIC
SANDRA J. PAVCIC
812 HILLCREST DRIVE
CANONSBURG, PA 15317
XXX-XX-3486           Debtor(s)

XXX-XX-9098

Case No.24-22235 JAD

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/12/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Description |
|---|---|---|
| **AMERIHOME MORTGAGE COMPANY LLC**<br>C/O HOMEPOINT FINANCIAL CORPORATION<br>9726 OLD BAILES RD<br>FT MILL, SC  29707 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:23<br>CLAIM:  0.00<br>COMMENT:  CL23GOV*2014.73/PL*1967.79X60+2=LMT*BGN 10/24*FR AMERIHOME/CENLAR*DOC | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  2091 |
| **AMERIHOME MORTGAGE COMPANY LLC**<br>C/O SERVICEMAC LLC<br>PO BOX 105178<br>ATLANTA, GA  30348-5178 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:11<br>CLAIM:  0.00<br>COMMENT:  PD OUTSIDE/PL*136196.49/CL*FR AMERIHOME/CENLAR*DOC 37 | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.:  3337 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY  40213-3439 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:19<br>CLAIM:  7,402.51<br>COMMENT:  MACYS AMX | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7297 |
| **BP VISA**<br>PO BOX 2557<br>OMAHA, NE  68103-2557 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~POTENTIAL DUP/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4418 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  7,194.22<br>COMMENT:  CITIBANK/BBY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0355 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY  40213-3439 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:18<br>CLAIM:  18,529.47<br>COMMENT:  SEARS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7944 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY  40213-3439 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:20<br>CLAIM:  938.21<br>COMMENT:  THD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0868 |
| **CITIZENS BANK NA**<br>ONE CITIZENS BANK WAY JCA115<br>JOHNSTON, RI  02919 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  14,044.33<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3397 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA  98083-2489 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:21<br>CLAIM:  3,050.12<br>COMMENT:  BREAD RWDS AMX | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7955 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:10   INT %:  0.00%<br>Court Claim Number:22<br>CLAIM:  3,141.69<br>COMMENT:  CREDIT 1 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3487 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br>PORTLAND, OR 97208 | Trustee Claim Number: 11   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 75,376.60<br>COMMENT: 0587/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3486 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br>PORTLAND, OR 97208 | Trustee Claim Number: 12   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 0687/SCH*CLM@CID 11 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3486 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br>PORTLAND, OR 97208 | Trustee Claim Number: 13   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 0487/SCH*CLM@CID 11 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3486 |
| **DISCOVER BANK(*)**<br>PO BOX 3025<br>NEW ALBANY, OH 43054 | Trustee Claim Number: 14   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 22,057.68<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3002 |
| **DISCOVER BANK(*)**<br>PO BOX 3025<br>NEW ALBANY, OH 43054 | Trustee Claim Number: 15   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 18,006.34<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3380 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number: 16   INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 8,612.32<br>COMMENT: FIFTH 3RD BNK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9776 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE 68197-3106 | Trustee Claim Number: 17   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 2,464.05<br>COMMENT: X9647/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7863 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE BA**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 18   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 5,269.40<br>COMMENT: AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5458 |
| **KEYBANK NA S/B/M FIRST NIAGARA BANK NA****<br>PO BOX 94968<br>CLEVELAND, OH 44101 | Trustee Claim Number: 19   INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 59,572.91<br>COMMENT: X0001/SCH*SIGNED@SEAL 4/8/13 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5635 |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 40213-3439 | Trustee Claim Number: 20   INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 3,807.44<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2294 |

| Creditor | Claim Info | Description |
|---|---|---|
| **US DEPARTMENT OF EDUCATION**<br>C/O DEPARTMENT OF EDUCATION/MOHELA<br>PO BOX 790453<br>ST LOUIS, MO 63179 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MOHELA~0227/SCH*CLM@CID 22 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9098 |
| **US DEPARTMENT OF EDUCATION**<br>C/O DEPARTMENT OF EDUCATION/MOHELA<br>PO BOX 790453<br>ST LOUIS, MO 63179 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 137,673.04<br>COMMENT: MOHELA~X0227/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9098 |
| **US DEPARTMENT OF EDUCATION**<br>C/O DEPARTMENT OF EDUCATION/MOHELA<br>PO BOX 790453<br>ST LOUIS, MO 63179 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MOHELA~0227/SCH*CLM@CID 22 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9098 |
| **US DEPARTMENT OF EDUCATION**<br>C/O DEPARTMENT OF EDUCATION/MOHELA<br>PO BOX 790453<br>ST LOUIS, MO 63179 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MOHELA~0227/SCH*CLM@CID 22 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9098 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1318 |
| **RESURGENT RECEIVABLES LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 3,531.00<br>COMMENT: AT HOME/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8331 |
| **RESURGENT RECEIVABLES LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 6,184.21<br>COMMENT: SYNCHRONY BANK/VERIZON VISA CARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0441 |
| **RESURGENT RECEIVABLES LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 1,825.03<br>COMMENT: JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3765 |
| **JEFFERSON CAPITAL SYSTEMS LLC (*)**<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 3,958.80<br>COMMENT: REF 3969197160*SYNCHRONY/LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8830 |
| **JEFFERSON CAPITAL SYSTEMS LLC (*)**<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:24<br>CLAIM: 2,845.14<br>COMMENT: AMERICAN EAGLE*FR SYNCHRONY BANK*DOC 30 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0720 |

| Creditor | Trustee Claim # / INT % | Court Claim / Account | CRED DESC |
|---|---|---|---|
| **CANONSBURG BOROUGH (GARBAGE)**<br>C/O JORDAN TAX SERVICE-DLQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 31   INT %: 10.00%<br>Court Claim Number: 5<br>CLAIM: 181.01<br>COMMENT: CL5GOV*100-038-00-02-0021-00;THRU 9/24*NT/SCH-PL*WNTS 10%*W/32 | ACCOUNT NO.: 2100 | SECURED CREDITOR |
| **CANONSBURG BOROUGH (GARBAGE)**<br>C/O JORDAN TAX SERVICE-DLQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 32   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 8.20<br>COMMENT: CL5GOV*100-038-00-02-0021-00;THRU 9/24*NONINT*NT/SCH-PL*W/31 | ACCOUNT NO.: 2100 | SECURED CREDITOR |
| **CANONSBURG HOUSTON JOINT SEWER AUTHO**<br>C/O JORDAN TAX SERVICE - CURRENT YR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 33   INT %: 10.00%<br>Court Claim Number: 4<br>CLAIM: 300.94<br>COMMENT: CL4GOV*100-038-00-02-0021-00;THRU 9/24*WNTS 10%*NT/SCH-PL*W/34 | ACCOUNT NO.: 2100 | SECURED CREDITOR |
| **CANONSBURG HOUSTON JOINT SEWER AUTHO**<br>C/O JORDAN TAX SERVICE - CURRENT YR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 34   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 18.94<br>COMMENT: CL4GOV*100-038-00-02-0021-00;THRU 9/24*NON INT*NT/SCH-PL*W/33 | ACCOUNT NO.: 2100 | SECURED CREDITOR |
| **AMERIHOME MORTGAGE COMPANY LLC**<br>C/O HOMEPOINT FINANCIAL CORPORATION<br>9726 OLD BAILES RD<br>FT MILL, SC 29707 | Trustee Claim Number: 35   INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 2,693.90<br>COMMENT: CL23GOV*$0/PL*THRU 9/24*FR AMERIHOME/CENLAR*DOC 35*ND POA | ACCOUNT NO.: 2091 | MORTGAGE ARR. |
| **ROBERTSON ANSCHUTZ SCHNEID CRANE & PAR**<br>13010 MORRIS RD SUITE 450<br>ALPHARETTA, GA 30004 | Trustee Claim Number: 36   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AMERIHOME MORTGAGE CO/PRAE | ACCOUNT NO.: | NOTICE ONLY |
| **GRB LAW**<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 37   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BOROUGH OF CANONSBURG/PRAE | ACCOUNT NO.: | NOTICE ONLY |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 38   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AMERIHOME MORTGAGE CO/PRAE | ACCOUNT NO.: | NOTICE ONLY |