**2100 B (12/15)**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA
### Case No. 24-22235-CMB
### Chapter 13

In re: Debtor(s) (including Name and Address)

James J. Pavcic                                  Sandra J. Pavcic
812 Hillcrest Drive                              812 Hillcrest Drive
Canonsburg PA 15317                              Canonsburg PA 15317

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/10/2026.

Name and Address of Alleged Transferor(s):          Name and Address of Transferee:

Claim No. 23: AmeriHome Mortgage Company, LLC, Home Point Financial Corporation,     AmeriHome Mortgage Company, LLC
9726 Old Bailes Road, Fort Mill, SC 29707          ServiceMac, LLC
                                                    9726 Old Bailes Road
                                                    Suite 200
                                                    Fort Mill, SC 29707

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/16/26

                        Michael R. Rhodes
                        **CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 24-22235-CMB

James J. Pavcic                                                                     Chapter 13

Sandra J. Pavcic

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 14, 2026 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16556762 | ^ MEBN | Apr 15 2026 00:07:20 | AmeriHome Mortgage Company, LLC, Home Point Financial Corporation, 9726 Old Bailes Road, Fort Mill, SC 29707-7540 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026             Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Kenneth Steidl | |
| | on behalf of Joint Debtor Sandra J. Pavcic julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | |
| | on behalf of Debtor James J. Pavcic julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |

District/off: 0315-2

User: auto

Page 2 of 2

Date Rcvd: Apr 14, 2026

Form ID: trc

Total Noticed: 1

Michelle L. McGowan

on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC mimcgowan@raslg.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Richard Monti

on behalf of Creditor Canonsburg-Houston Joint Sewer Authority rmonti@grblaw.com  aanderson@grblaw.com

Richard Monti

on behalf of Creditor Borough of Canonsburg rmonti@grblaw.com  aanderson@grblaw.com

Robert Shearer

on behalf of Creditor AmeriHome Mortgage Company  LLC rshearer@raslg.com

Robert Shearer

on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC rshearer@raslg.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 10